No. 73–1145. TECHNICAL DEVELOPMENT CORP. ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. 

No. 73–1149. JOSSEFIDES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 73–1150. WEEDON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 73–1163. WALLS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 73–1165. FRIED *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 73–1177. HENDERSON, WARDEN *v.* RECASNER. C. A. 5th Cir. Certiorari denied. 

No. 73–1181. DAVIS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 73–1187. PARKMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 73–1189. CHURCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 73–1216. WALDEN ET VIR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 73–1254. UNITED STATES STEEL CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.